IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DUSTIN BAIN,**<br>**417 West Vine Avenue**<br>**Arkansas City, Kansas 67005** | )<br>)<br>)<br>) | |
| **Plaintiff,** | ) | Case No. |
| v. | )<br>) | |
| **SOUTH KANSAS AND OKLAHOMA**<br>**RAILROAD, L.L.C.,**<br>**315 West 3rd Street**<br>**Pittsburg, Kansas 66762** | )<br>)<br>)<br>)<br>) | **Jury Trial Demanded** |
| Serve Registered Agent at:<br>Corporation Service Co.<br>200 Southwest 30th Street<br>Topeka, Kansas 66611 | )<br>)<br>)<br>)<br>) | |
| **Defendant.** | ) | |

## COMPLAINT

**COMES NOW** Plaintiff Dustin Bain, by and through his undersigned counsel of record, and through his Complaint against Defendant South Kansas and Oklahoma, L.L.C., hereby states, alleges, and avers as follows:

1. This is an action to recover damages for personal injuries Plaintiff sustained during the course and scope of his employment on September 9, 2021, while working as a conductor for Defendant.

2. Plaintiff's claim against Defendant is brought under the Federal Employers Liability Act, 45 U.S.C. §§ 51 through 60 (hereinafter "FELA").

3. Plaintiff Dustin Bain was and is a citizen and resident of Arkansas City, Kansas.

4. At all relevant times, Defendant South Kansas and Oklahoma Railroad, L.L.C. (hereinafter "SKOL") was and is a Kansas limited liability company in good standing and conducting business as a common carrier by railroad.

5. Defendant engaged in interstate commerce with facilities, tracks and employees located in and through several states, including in and through the State of Kansas.

6. At all times material, Defendant received, accepted and transported shipments of freight in and through the State of Kansas, including in both intrastate and interstate commerce, and maintained offices and agents for the transaction of its business in said state, and was and is presently conducting business in and through the State of Kansas.

7. At all relevant times SKOL is a "common carrier by railroad" engaged in interstate commerce within the meaning of 45 U.S.C. § 51.

8. Defendant's principal place of business is 315 West 3rd Street, Pittsburg, Kansas 66762.

9. Defendant's registered agent is located at 200 Southwest 30th Street, Topeka, Kansas.

10. Jurisdiction and venue are proper in this Court in accordance with 45 U.S.C. § 56.

11. On or about September 9, 2021, Plaintiff was in the course and scope of his duties as a conductor for SKOL on a locomotive in Winfield, Kansas.

12. As Plaintiff was descending the locomotive stairs, he stepped on waste/debris, which caused him slip and violently fall on the stairs and sustain severe and permanent injuries.

13. Defendant, by and through its agents and employees, had a duty to provide Plaintiff with a place to work which was reasonably safe and free of unsafe conditions and safety hazards.

14. Defendant breached these duties in one or more of the following ways:

   a. Failing to clear debris and other substances from the decks and stairs of the locomotive;

   b. Failing to maintain the locomotive decks and stairs in a reasonably safe condition;

   c. Failing to properly train its agents and employees regarding keeping decks and stairs clear of waste and debris;

   d. Failing to develop or enforce proper procedures for regularly ensuring safety inspections or walkthroughs are being done by each agent and employee;

   e. Discarding or leaving the waste on the deck or stairs;

   f. Failing to adequately inspect the decks and stairs of the locomotive;

   g. Violating 49 C.F.R. § 229.119.

15. Defendant, by and through its agents and employees, knew or should have known of the dangerous condition.

16. Plaintiff claims compensation for all injuries and damages recoverable under FELA, including, but not limited to the following:

   a. He was required to have extensive medical treatment and incur expenses associated therewith;

   b. in the future, he will be required to have medical treatment and will incur expenses associated therewith;

   c. his ability and capacity to work and earn money have been permanently impaired and diminished, and he has sustained lost wages;

   d. he has suffered and will continue to suffer great physical pain and disability, mental anguish, nervousness, sleeplessness; and he has been and will be in the future, prohibited from fully enjoying life and recreational activities.

17. Plaintiff's permanent and cumulative injuries were caused by the negligence of Defendant's agents or employees.

18.  The aforesaid injuries were reasonably foreseeable.

**WHEREFORE**, Plaintiff Dustin Bain prays for judgment against Defendant South Kansas and Oklahoma Railroad, L.L.C. for a reasonable amount of past and future damages; for the statutory cost of this action; for pre-judgment interest; and for such other relief that the Court shall deem just and proper under the facts and circumstances. Furthermore, Plaintiff prays for designation of place of trial be in Kansas City, Kansas.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Respectfully submitted,

LAW OFFICES OF BRIAN TIMOTHY MEYERS

*/s/ Brian Timothy Meyers*

Brian Timothy Meyers     KS # 70630
Brian C. McCart          KS # 78700
1044 Main Street, Suite 400
Kansas City, Missouri  64105
Phone: (816) 842-0006
Fax:    (816) 842-6623
Email: btmeyers@btm-law.com
       bmccart@btm-law.com
**ATTORNEYS FOR PLAINTIFF**