UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DUSTIN BAIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 22-2344-KHV |
| | ) | |
| SOUTH KANSAS & OKLAHOMA RAILROAD, L.L.C., | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED SCHEDULING ORDER WITH RESPECT**
**ONLY TO LIABILITY ISSUE**

On **October 2, 2023**, the Court held a telephone conference regarding the parties' Joint Motion for Continuance (Doc. #40) filed September 19, 2023. Plaintiff appeared by Brian McCart. Defendant appeared by Craig Leff. The Court directed the parties to confer and submit a proposed alternative schedule and the parties submitted a Joint Proposed Alternative Schedule (Doc. #48) filed October 3, 2023.

After consideration of the parties' joint proposal, the Court concludes that it will be most efficient to bifurcate the trial on the issues of liability and damages. Trial on the question of liability will take place as scheduled on January 2, 2024, and the parties will comply with the pretrial deadlines in this order. After liability is decided, the Court will set additional deadlines, if necessary, with respect to the issue of damages. Trial on the damage issues is scheduled for May 6, 2024. Accordingly, the Court amends the scheduling order as summarized in the following table.

Generally, this amended scheduling order will not be modified except by leave of

court upon a showing of good cause. The Court will not look favorably on motions to extend briefing deadlines on dispositive motions and motions challenging the admissibility of expert testimony. In the highly unlikely event that the Court extends any deadline, the extension will not justify a delay of trial but may delay or defeat the Court's ability to address such motions. All other provisions of the Court's scheduling order (Doc. #9) continue to govern this case.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2023, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

| SUMMARY OF DEADLINES WITH RESPECT TO LIABILITY ISSUE | |
|---|---|
| Event | Deadline/Setting |
| All experts disclosed by Plaintiff | **Passed** |
| Motion to designate trial location | **10/9/23** |
| Response to motion to designate trial location | **10/16/23** |
| Liability experts disclosed by Defendant | **10/27/23** |
| Rebuttal liability experts disclosed | **11/3/23** |
| Supplementation of initial disclosures | **10 days before the deadline for completing all discovery** |
| All discovery completed | **11/8/23** |
| Proposed pretrial order due on issue of liability | **11/15/23** |
| Pretrial conference | **11/22/23 @ 10:00 a.m. via Zoom** |
| Dispositive motions on issue of liability | **11/17/23** |
| Motions challenging admissibility of expert testimony | **11/17/23** |
| Responses in opposition to dispositive motions and Daubert motions | **12/1/23** |
| Replies | **12/8/23** |
| Jury Trial on Liability — ETT: 3 days | **1/2/24 at 9:00 a.m.** |